# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: CONDEMNATION BY THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION OF RIGHT-OF-WAY FOR STATE ROUTE 00700, SECTION 21H, IN THE BOROUGH OF BENTLEYVILLE | : No. 324 WAL 2021 <br> : <br> : <br> : Petition for Allowance of Appeal <br> : from the Order of the <br> : Commonwealth Court <br> : <br> : <br> : |
| v. | : <br> : <br> : |
| BENTLEYVILLE GARDEN INN, INC. C/O KAMLESH B. GOSAI, PRESIDENT | : <br> : <br> : <br> : |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION | : <br> : <br> : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.